IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case/Violation No. 06-mj-7121-DBS
UNITED STATES OF AMERICA,

vs.

KAYDE MERRELL,

Defendant.

---

## ORDER TO QUASH WARRANT

THIS MATTER comes before the Court on the motion of the United States of America to ~~accept the request to~~ quash the warrant set forth.

The Court being fully advised:

Motion to quash warrant filed on December 27, 2009 is granted. The warrant is quashed.

DATED and ENTERED this 28TH day of _____, 2009

BY THE COURT:

_____
United States Magistrate Judge for the
District of Colorado

**KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**